# EXHIBIT A

**Defendant Sigma Kappa's Answer to Amended Complaint
Case No. 1:11-cv-357**

# 2007-2008 HOUSE DIRECTOR'S CONTRACT

THIS CONTRACT entered into in the City of Kalamazoo on the 29th day of July, 2007, by and between Gamma Beta Corporation ("Corporation"), and Linda Kotecki, whose address is 3125 W. Michigan Avenue, Kalamazoo, MI 49006 ("Employee").

1. The Corporation employs the Employee to be the house director of its house ("house") occupied by the members of Gamma Beta chapter of Sigma Kappa Sorority ("chapter") at Western Michigan University (university/college).

2. This employment is strictly seasonal, and the term of employment shall commence on the 29th day of July, 2007 and terminate on the 28th day of July, 2008.

3. This Contract may be terminated without cause by either party hereto upon 60 days advance written notice to the other party, and in such event, all compensation to be paid hereunder shall cease on such date of termination of employment; provided, however, that if the Employee shall in any respect fail to observe and comply with the provisions and stipulations on her part herein contained, the corporation board may immediately terminate the employment by written notice to the Employee without further obligation of any kind to her.

4. The Corporation shall pay the Employee compensation for the services rendered as follows:

   a) A salary of $12,467 per year payable biweekly, which is intended to compensate Employee for all hours she may work for the Corporation. Employee agrees that the enumerated responsibilities and duties can be and will be effectively performed in a normal 40 hour work week. Employee understands that she is not working during sleeping time, meal periods and other periods of freedom when she may leave the premises or stay on the premises for purely personal pursuits. Notwithstanding the foregoing, Employee's salary will not be subject to deductions for variation in the quantity or quality of work performed. It is the policy of the Corporation to comply with the salary basis requirements of the Fair Labor Standards Act. No improper deductions will be made from Employee's salary. If Employee believes that an improper deduction has been made, she should report it immediately to the Sigma Kappa National Housing Corporation staff.

   b) $500 per month stipend for supervision of summer projects to enhance the appearance of the house June 2008 and July 2008.

c) Room and Board is also provided. Such compensation may be subject to deduction for federal and/or state income taxes and FICA as required by law.

d) Cable television and telephone, except for personal long distance calls, shall be provided for the Employee.

5. The Employee generally shall supervise the day-to-day maintenance, operation and food service of the house, to ensure that the house is orderly and clean at all times. She shall perform her duties diligently, and within guidelines and directives established from time to time by the Corporation. She may consult at any time with members of the Corporation Board of Directors for guidance and assistance in executing her duties. The specific duties of the Employee shall include:

   a) She shall hire, fire and direct household employees;

   b) She shall oversee meal planning by the Cook and order (or assist with ordering) the food and household supplies;

   c) She shall keep an accurate record of dining room and household expenditures, endeavor to stay within the budget, and turn over all bills for payment to the appropriate parties. She shall have a revolving petty cash fund to make small purchases;

   d) She shall contact tradesmen to repair and maintain the house and adjacent property. In the event the expense for a particular job is estimated at more than $250, she shall obtain approval from the corporation board;

   e) She shall be responsible for distributing and collecting any keys to the house;

   f) She shall immediately report any damages, fire or accident to the corporation board, and she shall periodically recommend any maintenance needs to the corporation board;

   g) She shall keep the corporation board informed of any inspection of the house by insurance adjusters, fire department, government agencies, University officials or others concerned with the maintenance, safety and security of the house, and forward copies of any related correspondence or written reports of same to the corporation board;

   h) She shall, with the house manager, conduct fire drills each (semester or quarter), participate in (semester or quarter)-end damage inspections at the request of the corporation board, and help maintain inventories as needed;

   i) She shall serve as hostess or chaperone for all chapter social affairs held at the chapter house;

   j) She shall assist with recruitment by helping with food preparation and meeting new members, when asked to do so;

   k) She shall provide mature counsel and assistance to chapter members;

l) She shall confer regularly with Corporation President and House Manager and attend such meetings as may be requested;

m) She shall be responsible for closing and opening the house before and after each vacation period at the

hours observed by the University dormitories; *the house will be closed over ALL Western Michigan University dorm closings, such as, but not limited to: Thanksgiving, Christmas, spring break;*

n) She shall be responsible for supervising cleaning and minor repairs and any workers employed for such purposes and will remain on premises at all times during such times;

o) She shall be available to assist with any emergencies in the house;

p) She shall set living standards for the common living areas;

q) During initiation and the initiation banquet following, the house director must be away from the house unless allowed to remain by specific written permission from the advisory board;

r) She shall maintain positive relationships with the house corporation, chapter and advisors;

s) She shall behave in such a manner as to not cast the sorority in a negative light; and

t) She shall fulfill such other duties as are mutually agreed upon, and as are customary and usual to this type position.

u) She shall work with chapter officers to ensure enforcement of house rules and regulations; she shall report infringements of rules and like problems to the House Manager or Chapter President; the chapter Executive Council will then be responsible for the enforcement of these rules;

v) She shall note any dinner guests and collect from these guests in accordance with rates established by the Corporation Board.

6. Vacation dates shall be the same as those declared by Western Michigan University for Thanksgiving, Christmas, semester break and spring vacation. Such vacation will be paid. In addition, she will be afforded 8 days per semester to leave the premises with proper notification to the Corporation Board and secure an approved substitute in her absence.

7. Meals and lodging will be furnished at the house for the convenience of the Corporation, and the Employee is required to accept such meals and lodging as a condition of employment; this includes the obligation to remain in the house every night that the house is open if the corporation board so directs. The value of such meals and lodging will be reported as required by State law.

8. Since such meals and lodging are furnished at the house for the convenience of the Corporation and are personal to the Employee, overnight guests of the Employee may be accommodated in the house with prior consultation with the Corporation.

9. The Employee understands that the corporation shall have no responsibility for the theft, destruction, or loss of property (including automobiles) belonging to or in the custody of the house director for any causes whatsoever. <u>The Employee must carry her own personal property and automobile insurance.</u>

Entered into on the date and at the place first stated above.

Gamma Beta CORPORATION

_Linda L. Kotecki_ _____ House Director

By: _Linda Kotecki_

_Barbara (signature)_
President

Name _____

3125 W Michigan
Address

Kalamazoo MI
                City
_____ State
Zip
269-382-3111
Phone Number

lindakotecki@yahoo.com
Email